# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA (WHEELING)

| | |
|---|---|
| EMILY MANGUS,<br>    Plaintiff, | CASE NO.    5:21-cv-207 |
| vs. | Judge    Bailey |
| SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC;<br>    Defendants. | ELECTRONICALLY FILED<br>12/17/2021<br>U.S. DISTRICT COURT<br>Northern District of WV |

## TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Circuit Court of Ohio County, West Virginia, to the United States District Court for the Northern District of West Virginia (Wheeling), on the following grounds:

1. Plaintiff Emily Mangus served Trans Union on or about December 8, 2021, with a Summons, Civil Case Information Statement and Complaint filed in the Circuit Court of Ohio County, West Virginia. Copies of the Summons, Complaint, Cover Sheet and Notice of Filing to Trans Union are attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C** and **Exhibit D,** respectively. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff make claims under, allege that Defendants violated and allege that Defendants are liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint, ¶¶ 42, 44, 47 and 49-50.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Circuit Court of Ohio County, West Virginia, to the United States District Court for the Northern District of West Virginia (Wheeling).

5. Counsel for Trans Union has confirmed with the Circuit Court of Ohio County, West Virginia, by telephone, that they have no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6. Notice of this removal will promptly be filed with the Circuit Court of Ohio County, West Virginia and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Circuit Court of Ohio County, West Virginia to this United States District Court, Northern District of West Virginia (Wheeling).

Respectfully submitted,

s/ Robert Edward Ryan
Robert Edward Ryan, Esq. (WV #8596)
Steptoe & Johnson, PLLC
1000 Swiss Pine Way, Suite 200
Morgantown, WV  26501
Telephone:  304-598-8173
Fax:  304-353-8180
E-Mail:  robert.ryan@steptoe-johnson.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 17th **day of December, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **17th day of December, 2021**, properly addressed as follows:

| **for Plaintiff Emily Mangus**<br>Jason E. Causey, Esq.<br>Bordas & Bordas, PLLC<br>1358 National Road<br>Wheeling, WV  26003 | |
|---|---|

*s/ Robert Edward Ryan*
Robert Edward Ryan, Esq. (WV #8596)
Steptoe & Johnson, PLLC
1000 Swiss Pine Way, Suite 200
Morgantown, WV  26501
Telephone:  304-598-8173
Fax:  304-353-8180
E-Mail:  robert.ryan@steptoe-johnson.com

*Local Counsel for Defendant Trans Union, LLC*
